IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ETOYI PREASTER, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. |
| | : 1:21-cv-01031-MLB |
| HTW TRUCK & TRAILER REPAIR, LLC, | : |
| Defendant. | : |

# **ORDER**

This matter is before the Court on the Parties' Joint Motion to Approve Settlement and Dismiss Lawsuit with Prejudice (Dkt. 9; hereinafter "Motion"). The Parties request that the Court review and approve the Settlement Agreement (Dkt. 9-1), administratively close the case and after all payments are made by Defendant, to dismiss this action with prejudice. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.") (citations omitted).

1

The Court has reviewed the Motion, the Settlement Agreement, and the record. The Court concludes that the terms of the settlement: (1) are fair to the plaintiff; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good-faith intention by the parties that the plaintiff's claims be fully and finally resolved. The Court further finds that the settlement (1) arrived at a fair disposition of the claims and (2) arrived at a fair and reasonable settlement of the attorney's fees and costs of litigation. See generally Lynn's Food Stores, 679 F.2d at 1353.  Indeed, the settlement will provide Plaintiff with more than the maximum possible recovery under the law.

As part of the settlement, Defendant has agreed to pay Plaintiff's counsel $5,348.21 in legal fees and costs. (Dkt. 9-1). Plaintiff's counsel Mitchell D. Benjamin has requested a rate of $425 per hour for himself and law partner Charles R. Bridgers, the hourly rate of $165 for Senior Paralegal Jessica Sorrenti, and $125 per hour for Paralegal Sarah Toenes. (Dkt. 9-3)  The Court finds that the hourly rates requested are reasonable, as well as the attorney's fees and costs specified in the Settlement Agreement (Dkt. 9-1).

Accordingly,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Approve

Settlement and Dismiss Lawsuit with Prejudice (Dkt. 9) is **GRANTED**. The Settlement Agreement (Dkt. 9-1) is **APPROVED**. The clerk is directed to administratively close the action until all payments required to be made pursuant to the Settlement Agreement have been made. Once the Settlement Agreement has been fully performed, this Court shall dismiss the action with prejudice. This Court elects to retain jurisdiction over this matter for purposes of enforcing the terms of the Settlement Agreement as necessary.

    **SO ORDERED** this 24th day of June, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE